697 A.2d 540

IN THE MATTER OF INA P. SCHIFF, AN ATTORNEY AT LAW.

August 7, 1997.

## ORDER

The Office of Attorney Ethics having filed a petition with the
Supreme Court pursuant to *Rule* 1:20–11 recommending that INA
P. SCHIFF of PROVIDENCE, RHODE ISLAND who was ad-
mitted to the bar of this State in 1975, be immediately temporarily
suspended from the practice of law, and good cause appearing;

It is ORDERED that INA P. SCHIFF is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by INA P. SCHIFF, pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that INA P. SCHIFF be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20 dealing with suspended attorneys.